ORIGINAL

FILED
MAY 27 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GLENN CONSTRUCTION COMPANY, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Civil Action No. 08-384 C

**PLAINTIFF GLENN CONSTRUCTION COMPANY LLC'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Glenn Construction Company LLC hereby submits this disclosure statement. Glenn Construction Company LLC, an Alabama limited liability company, is not owned by a parent corporation nor does any publicly traded corporation own ten percent or more of its stock.

Respectfully submitted,

Dated: 5-23-08

Michael H. Payne
Payne Hackenbracht & Sullivan
220 Commerce Dr. Ste 100
Ft. Washington, PA 19034
(215) 542-2777
(215) 542-2779 (fax)
mhp@phslegal.com

Attorney for Glenn
Construction Company LLC