IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GLENN CONSTRUCTION COMPANY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-384C (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including August 27, 2008, to respond to the complaint filed by plaintiff, Gulf Group, Inc. Our response to the complaint currently is due on July 28, 2008. This is the first request for an enlargement of time. Counsel for the parties have discussed this motion and its request for relief, and plaintiff's counsel has represented that plaintiff does not oppose this request.

The requested enlargement is necessary to review the complaint, to investigate the allegations and claims asserted and potential defenses, to confer and to coordinate with agency counsel, and to respond appropriately by answer or motion. In addition, the agency's technical review of this construction dispute is continuing, and we have not yet received a litigation report from the agency. See 28 U.S.C. § 520.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for a 30-day enlargement of time, to and including August 27, 2008, for the United States to respond to the complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

July 14, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick